**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| GILES W. WITHERSPOON, | : | No. 50 MAP 2017 |
| | : | |
| Appellant | : | Appeal from the Order of the |
| | : | Commonwealth Court at No. 212 MD |
| | : | 2017, dated July 24, 2017. |
| v. | : | |
| | : | |
| | : | |
| JACK SOMMERS, SUPERINTENDENT, | : | |
| S.C.I. WAYMART, ET AL. AND THE | : | |
| PENNSYLVANIA BOARD OF | : | |
| PROBATION AND PAROLE, | : | |
| | : | |
| Appellees | : | |

## ORDER

**PER CURIAM**                                    **DECIDED:  September 21, 2018**

**AND NOW,** this 21st day of September, 2018, the order of the Commonwealth Court is **AFFIRMED**.